IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN WARD, *et al.*, | ) |
| Plaintiffs, | ) Case No. 3:09-cv-00352 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| JAMES C. LESTORTI, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The Court is in receipt of a Report and Recommendation ("Report") by Magistrate Judge Bryant recommending that this action be dismissed without prejudice due to the failure of Plaintiffs Kevin Ward, *et al.*, to timely obtain service of process on Defendant James C. Lestorti despite a previous extension of time in which to do so. (Doc. No. 26.) The Report was filed on July 7, 2011, and it provided fourteen days for the parties to file any objections to its recommendations. (*Id.*) To date, no objections have been filed.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, this action is hereby **DISMISSED** without prejudice and the Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this \_\_\_26th\_\_\_ day of July, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT